NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE POLYNT COMPOSITES NORWAY AS, fka Reichhold AS,**

*Appellant*

---

2024-1905

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/345,655.

---

## O R D E R

The Appellant Polynt Composites Norway AS, fka Reichhold AS having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

September 24, 2024
Date

Jarrett B. Perlow
Clerk of Court